## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

SAIM SARWAR**,** Individually,

        Plaintiff,

v.

RIVER ROAD MOTEL, LLC,

        Defendant.

        Case No.: 2:20-cv-986

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on April 27, 2021.

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Gillespie.tristan@gmail.com
404-276-7277

ATTORNEYS FOR PLAINTIFF

*/s/ Sam Wayne*
Sam Wayne

Wayne Law S.C.
P.O. Box 8281
Madison, WI 53708
608-469-3598
samwayne@waynelawsc.com

ATTORNEYS FOR DEFENDANT